IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JENISE BROCKS,                       :
                                     :
          Plaintiff,                 :
vs.                                  :   CIVIL ACTION 10-0004-WS-M
                                     :
FARMERS INSURANCE, et al.,           :
                                     :
          Defendants.                :

JUDGMENT


It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and

is hereby **DISMISSED** without prejudice.

DONE this 24th day of August, 2010.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE